**2009–1885.  State v. Wilson.**
Cuyahoga App. No. 91091, 182 Ohio App.3d 171, 2009-Ohio-1681. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due January 4, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

**2009–2116.  Durain v. Schmenk.**
Defiance App. No. 4–09–28. This cause is pending before the court as an appeal from the Court of Appeals for Defiance County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*January 11, 2010*

[Cite as *01/11/2010 Case Announcements*, 2010-Ohio-34.]

## RECONSIDERATION OF PRIOR DECISIONS

**2009–0313.  State ex rel. Miller v. Brady.**
Logan App. No. 8–08–10. Reported at 123 Ohio St.3d 255, 2009-Ohio-4942, 915 N.E.2d 1183. On motion for reconsideration. Upon consideration of the issues raised in appellant/cross-appellee's motion for reconsideration, the court reaffirms the opinion issued in this case on September 24, 2009. Accordingly, the relief requested in the motion is denied.